## Commonwealth ex rel. Wagner, Appellant, *v.* Maroney.

Submitted March 21, 1966.
*Bernard Wagner,* appellant, in propria persona; *Ralph B. D'Iorio,* Assistant District Attorney, *Domenic D.*

*Jerome,* First Assistant District Attorney, and *Jacques H. Fox,* District Attorney, for appellee.

Order affirmed.